ELIZA SULLIVAN, as Administratrix of the Estate of EDWARD SULLIVAN, Deceased, Respondent, v. GREEN-HUT-SIEGEL COOPER COMPANY, Appellant.

*Sullivan* v. *Greenhut-Siegel Cooper Co.*, 155 App. Div. 391, appeal dismissed.

(Argued April 14, 1913; decided April 22, 1913.)

MOTION to dismiss an appeal, by permission, from a judgment entered February 26, 1913, upon an order of the Appellate Division of the Supreme Court in the second judicial department which affirmed an order of the court at a Trial Term denying a motion to set aside a verdict in favor of plaintiff theretofore rendered in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the defendant's negligence.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Hiram Thomas* for motion.

*Theodore H. Lord* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

ANTONETTE STEWART, Appellant, v. HOME LIFE INSUR-ANCE COMPANY, Respondent.

(Submitted April 14, 1913; decided April 22, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 208 N. Y. 519.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD M. GRAVES, Appellant, v. WILLIAM SOHMER, as Comptroller of the State of New York, Respondent.

(Submitted April 14, 1913; decided April 22, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 207 N. Y. 450.)